UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK HOLDA, JOSEPH HOLDA and MATT GORSKI, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 12 CV 2270 |
| v. | ) ) | Judge Lee |
| P.O. CORBETT, P.O. FOWLER, and P.O. DAN WYMAN, individually, and the CITY OF CHICAGO, a municipal corporation, | ) ) ) ) ) | Magistrate Judge Cox<br><br>JURY DEMAND |
| Defendants. | ) | |

## NOTICE OF FILING

To: Marion C. Moore
Megan K. McGrath
Raoul Vertick Mowatt
Kathryn M. Doi
Office of Corporation Counsel
City of Chicago
30. N. LaSalle, Suite 900
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on this 16th day of August, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached, **PLAINTIFFS' RESPONSE TO THE DEFENDANTS' MOTION FOR ENTRY OF A PROTECTIVE ORDER.**

/s/ Ronak D. Patel
Gregory E. Kulis & Associates, Ltd.

Gregory E. Kulis & Associates, Ltd.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830

## CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on this 16th day of August, 2012, I, Ronak D. Patel, an attorney, served the attached document(s) upon the aforementioned address, by electronically filing this notice with the United States District Court by 11:59 p.m. on above- mentioned date.

/s/ Ronak D. Patel
Gregory E. Kulis & Associates, Ltd.