# EXHIBIT 3

**2-84-020 Police board – Establishment, membership and organization.**

There is hereby created a police board consisting of nine members to be appointed by the mayor by and with the advice and consent of the city council. They shall be appointed for a term of five years, or until their respective successors are appointed and qualified. Board members shall serve without compensation.

Vacancies shall be filled for the remainder of an unexpired term in the same manner as original appointments.

Members of the board may be removed by the mayor as provided by law.

The mayor shall designate a president and a vice-president from among the members of the board. The board shall hold a regular meeting at least once a month. All regular meetings shall be in a public office of the board with reasonable provision for attendance by the public. The superintendent of police may be present at all meetings of the board and shall have the right to take part in the discussions and deliberations but shall have no vote.

The board shall appoint a secretary not a member of the board. The secretary shall keep a record of the proceedings and transactions of the board specifying therein the names of the members of the board at all meetings and giving the ayes and noes upon all votes. He shall post and publish all orders, resolutions and notices which the board shall order to be posted and published and shall perform such other duties as are herein or may be by order of the board imposed on him.

The powers of the board shall be exercised by order or resolution adopted by a majority of its members and recorded in the minutes with ayes and noes at length. Such action shall be attested by the signatures of the president or vice-president or two members of the board and by the signature of the secretary of the board.

(Prior code § 11-2)

**2-84-030 Police board – Powers and duties.**

The board shall exercise the following powers:

1. When a vacancy occurs in the position of superintendent of police, it shall nominate three candidates to fill the position and submit the nominations to the mayor;

2. Adopt rules and regulations for the governance of the police department of the city;

3. Review, approve, and submit to the budget director of the city the annual budget of the police department;

4. Serve as a board to hear disciplinary actions for which a suspension for more than the 30 days expressly reserved to the superintendent is recommended, or removal or discharge involving officers and employees of the police department in the classified civil service of the city.

The board may appoint any member thereof or a hearing officer to hear disciplinary actions.

No officer or employee of the police department in the classified civil service of the city whose appointment has become complete may be removed or discharged, or suspended for more than 30 days except for cause upon written charges and after an opportunity to be heard in his own defense by the police board, or any member or hearing officer designated by it.

Before any such officer or employee may be interrogated or examined by or before the police board, or any member or hearing officer designated by it, or departmental agent or investigator, the results of which hearing, interrogation or examination may be the basis for filing charges seeking his removal or discharge, he must be advised in writing as to what specific improper or illegal act he is alleged to have committed; he must be advised in writing that his admissions made in the course of the hearing, interrogation or examination may be used as the basis for charges seeking his removal or discharge; and he must be advised in writing that he has the right to counsel of his own choosing present to advise him at any hearing, interrogation or examination; and a complete record of any hearing, interrogation or examination shall be made and a complete transcript thereof made available to such officer or employee without charge and without delay.

Upon the filing of charges for which removal or discharge or suspension of more than 30 days is recommended, a hearing before the police board, or any member or hearing officer designated by it shall be held.

The police board shall establish rules of procedure not inconsistent with this section respecting notice of charges and the conduct of the hearings before the police board, or any member or hearing officer designated by it. The police board, or any member or hearing officer designated by it, is not bound by formal or technical rules of evidence, but hearsay evidence is inadmissible. The person against whom charges have been filed may appear before the police board, or any member or hearing officer designated by it, with counsel of his own choice and defend himself; shall have the right to be confronted by his accusers; may cross-examine any witness giving evidence against him; and may by counsel present witnesses and evidence in his own behalf.

The police board, or any member or hearing officer designated by it, may administer oaths and secure by its subpoena both the attendance and testimony of witnesses and the production of relevant books and papers. All proceedings before the police board, or any member or hearing officer designated by it, shall be recorded. No continuance may be granted after a hearing has begun unless all parties to the hearing agree thereto. The

findings and decision of the police board, when approved by said board, shall be certified to the superintendent and shall forthwith be enforced by said superintendent.

In the designation of hearing officers, the police board shall select only attorneys licensed to practice in the State of Illinois, with a minimum of five years' experience. Hearing officers shall conduct disciplinary hearings in accordance with the provisions of this chapter and the rules of procedures established by the police board. The hearing officer may take judicial notice, rule on offers of proof, receive relevant evidence during the hearing and certify the record and make findings of fact, conclusions of law and recommendations to the police board following the hearing.

A majority of the members of the police board must concur in the entry of any disciplinary recommendation or action. In the event that three members of the board must recuse themselves pursuant to the provisions of Section 2-57-060, a majority of the remaining members of the police board must concur in the entry of the disciplinary recommendation or action.

No member of the board may participate in any disciplinary recommendation or action without having read the record upon which said recommendation or action is based.

Nothing in this section limits the power of the superintendent to suspend a subordinate for a reasonable period, not exceeding 30 days.

In designating the nominees for the position of superintendent of police, the board shall be governed solely by the professional and executive qualifications required for the position which shall be without reference to the residence of the nominees. If none of the nominees accept appointment, the board shall submit new lists of three nominees until the position is filled.

The board's power to adopt rules and regulations for the governance of the police department does not include authority to administer or direct the operations of the police department or the superintendent of police, except as provided in Section 12.1 of "An Act to regulate the civil service of cities" approved March 20, 1895, as amended.

(Prior code § 11-3; Amend Coun. J. 7-19-07, p. 3588, § 2)